DAVID M. GUROFSKY, as Administrator of the Estate of
FANNY C. GUROFSKY, Deceased, Appellant, *v.* LEHIGH
VALLEY RAILROAD COMPANY, Respondent.

*Gurofsky* v. *Lehigh Valley R. R. Co.*, 121 App. Div. 126, affirmed.
(Argued November 24, 1909; decided December 7, 1909.)

APPEAL from a judgment entered December 3, 1907, upon
an order of the Appellate Division of the Supreme Court in
the fourth judicial department, overruling plaintiff's excep-
tions ordered to be heard in the first instance by the Appel-
late Division, denying a motion for a new trial and directing
judgment for defendant upon the verdict directed by the trial
court in an action to recover for the death of plaintiff's
intestate alleged to have been occasioned by defendant's
negligence.

*Vernon Cole* for appellant.

*Daniel J. Kenefick, Lyman M. Bass* and *Elton H. Beals*
for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
HAIGHT, VANN, WERNER and CHASE, JJ.

---

In the Matter of the Application of THE MOTT HAVEN CANAL
DOCKS for Payment of an Award Made in the Proceedings
to Open Canal Place in the Borough of the Bronx, City of
New York.

THE CITY OF NEW YORK, Appellant; THE MOTT HAVEN
CANAL DOCKS et al., Respondents.

(Submitted November 29, 1909; decided December 7, 1909.)

Motion for re-argument denied, with ten dollars costs.    (See
196 N. Y. 175.)